UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BUILDING SERVICE 32BJ HEALTH FUND                           :
et al.,                                                     :
                              Plaintiffs,                   :
                                                            :           21-CV-4149 (VSB)
            -against-                                       :
                                                            :               **ORDER**
                                                            :
THE GREGORY COMMONS                                         :
CONDOMINIUM ASSOCIATION, INC.,                              :
                              Defendant.                    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement in principle. (Doc. 16.) Accordingly, it is hereby:

    ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:  May 5, 2022
        New York, New York

*[signature]*

Vernon S. Broderick
United States District Judge